IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-8

No. 190A20

Filed 12 March 2021

PAMELA GAY, Executrix of the Estate of JOAN R. FRANKLIN

v.

SABER HEALTHCARE GROUP, L.L.C., and AUTUMN CORPORATION, d/b/a
Autumn Care of Raeford

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of
the Court of Appeals, 842 S.E.2d 635 (N.C. Ct. App. 2020), affirming an order denying
defendants' motion to compel arbitration and stay proceedings entered on 11 June
2019 by Judge Mary Ann Tally in Superior Court, Hoke County. Heard in the
Supreme Court on 17 February 2021.

*Rachel A. Fuerst and Rebecca J. Britton for plaintiff-appellee.*

*Bradley K. Overcash and Daniel E. Peterson for defendant-appellants.*

*Narendra K. Ghosh for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

AFFIRMED.